UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHEAST LABORERS HEALTH FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VULCAN ENVIRONMENTAL SERVICES ) <br> CO., LLC and VULCAN INSULATION CO., ) <br> LLC, ) <br> ) <br> Defendants. ) | Civil Action No. 3:08-0867 <br><br> *Judge Echols* <br> *Magistrate Judge Griffin* |

## AGREED ORDER OF DISMISSAL

It appearing to the satisfaction of the Court the parties have agreed to a settlement and compromise in this case, including an agreed order of dismissal with prejudice to all claims as of November 1, 2008, and the Court being of the opinion the agreement of the parties is appropriate, this civil action is dismissed with prejudice as to all claims existing on or before November 1, 2008.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
U.S. District Judge

APPROVED FOR ENTRY:


s/R. Jan Jennings
R. Jan Jennings, BPR 1536
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Tel.: (615) 254-8801



s/William S. Ruchow (w/permission)
William S. Rutchow, BPR 17183
Ogletree, Deakins, Nash, Smoak & Stewart, PC
424 Church St., Ste. 800
Nashville, TN 37219
Tel.: (615) 254-1900